# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**PEARL HARWOOD**                                                               **PLAINTIFF**

V.                   **CASE NO.: 3:10CV00225 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                               **DEFENDANT**

## **ORDER**

For good cause shown, Plaintiff's unopposed first motion for extension of time to file her brief (docket entry #12) is GRANTED. The time is extended to, and including, February 11, 2011. Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 5th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE