# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**PEARL HARWOOD**                                                                                    **PLAINTIFF**

v.                                          NO. 3:10CV00225 BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                           **DEFENDANT**

## JUDGMENT

Pearl Harwood's appeal is denied, and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 24th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE